**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br>vs.<br><br>Geraldine Tohannie,<br><br>   Defendant. | No.: CR-10-08096-PCT-NVW<br><br>**ORDER** |

The defendant appeared in court with counsel. The defendant's probable cause hearing was waived and the detention hearing was submitted on the record before the Court. The Court finds probable cause to believe the defendant violated the terms of her supervised release as alleged in the petition. The Court finds that pursuant to Rule 32.1(a)(6), Federal Rules of Criminal Procedure, the defendant has failed to show by clear and convincing evidence that she is not a flight risk or a danger. Therefore,

IT IS ORDERED that the defendant be held to face further revocation proceedings on the petition.

IT IS FURTHER ORDERED that the defendant is detained as flight risk and danger, pending further revocation proceedings.

DATED this 7th day of March, 2016.

_Deborah M. Fine_
Deborah M. Fine
United States Magistrate Judge